IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHAN PETRONE et al, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-185-VAC-SRF |
| | ) |
| ALAN J. LITTLE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 16th day of July, 2018, there being no activity in the above captioned case since the case was assigned on February 7, 2018 and no proof of service having been filed on the docket;

IT IS ORDERED that, on or before **August 13, 2018**, plaintiff shall show cause why the complaint should not be dismissed for failure to timely serve process pursuant to Fed. R. of Civ. P. 4(m). FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE CASE.

United States Magistrate Judge